JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

6/17/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DISH NETWORK LLC, et al.,

    Plaintiffs,

    v.

ROBERT THOMAS BOSHAE,

    Defendant.

Case No. 5:15-cv-02377-MWF-DTB

**JUDGMENT AND PERMANENT INJUNCTION**

In accordance with the Court's Order Granting Motion for Default Judgment (Docket No. 15), and pursuant to Rule 54 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. **Damages**

    Pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II), Plaintiffs DISH Network, LLC, EchoStar Technologies, LLC, and NagraStar LLC are hereby awarded final judgment against Defendant in the sum of $3,600,000.

**2.     Permanent Injunction**

After receiving actual notice of this Judgment, Defendant and any person acting in active concert or participation with Defendant are hereby permanently enjoined from:

(a)     manufacturing, importing, offering to the public, providing, or otherwise trafficking in passcodes to the NFPS service, any other code or password used in accessing an IKS server, and any other technology or part thereof that is used in circumventing DISH Network's security system or receiving DISH Network programming without authorization;

(b)     circumventing or assisting others in circumventing the DISH Network security system, or receiving or assisting others in receiving DISH Network's satellite signal without authorization; and

(c)     testing, analyzing, reverse engineering, manipulating, or extracting code, data, or information from DISH Network's satellite receivers, smart cards, satellite stream, or any other part or component of the DISH Network security system.

**3.     The Court's Jurisdiction**

The Court retains jurisdiction over this action for a period of two years for purposes of enforcing this final judgment and permanent injunction.

Dated: June 17, 2016

_____
MICHAEL W. FITZGERALD
United States District Judge